# UNITED STATES DISTRICT COURT

Eastern **District of** California

Larry Giraldes, Jr.
        Plaintiff (s),

V.

M. Bobbala, et al.,

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:17-cv-02602-KJM-EFB

Notice is hereby given that, subject to approval by the court, __P. Sahota, M.D.__ substitute
(Party (s) Name)

__Thomas P. Feher__, State Bar No. __149944__ as counsel of record in place
(Name of New Attorney)

place of __Derrek J. Lee, Deputy Attorney General__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: LeBeau – Thelen, LLP
    Address: P.O. Box 12092, Bakersfield, CA 93389-2092
    Telephone: 661-325-8962     Facsimile 661-325-1127
    E-Mail (Optional): tfeher@lebeauthelen.com

I consent to the above substitution.

Date: 2/28/19          */s/ P. Sahota, M.D.*
                                          (Signature of Party (s))

I consent to being substituted.

Date: 2/28/19          */s/ Derrek J. Lee*
                                          (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/28/19          */s/ Thomas P. Feher*
                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 14, 2019          *[signature]*
                                          Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**