UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, | No. 2:17-cv-2602-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. BOBBALA, et al., | |
| Defendants. | |

On January 24, 2019, the court appointed attorney Chijioke O. Ikonte to represent plaintiff for the limited purpose of obtaining expert evidence and filing an amended opposition to defendants' motion for summary judgment.[1] ECF No. 43. Despite his representation by Mr. Ikonte, plaintiff has filed, pro se, a motion to stay the filing of his opposition brief pending the currently-scheduled settlement conference. ECF No. 51. Plaintiff is represented by counsel and only his counsel may submit filings to the court. *Rosenblum v. Campbell*, 370 F. App'x 782, 783 (9th Cir. 2010). *See also McCullough v. Graber*, 726 F.3d 1057, 1059 n.1 (9th Cir. 2013) (declining to consider pro se brief and letters from litigant who was represented by counsel).

/////

/////

---

[1] Plaintiff is a state prisoner proceeding in an action brought under 42 U.S.C. § 1983.

1

Accordingly, plaintiff may submit his request through counsel, but his pro se filing (ECF No. 51) will be disregarded.

Dated: June 7, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE