Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

GIRALDES

       Plaintiff(s)

vs.

No. 2:17-cv-2602-KJM-EFB

BOBBALA

       Defendants.

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Chijioke O. Ikonte, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 24, 2019, by the Honorable Edmund F. Brennan, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Travel round trip by air from LAX to SMF (307.94) for the settlement conference scheduled for June 7, 2019. Transportation from the airport to the courthouse ($13.00).

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 320.94.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:17-cv-2602-KJM-EFB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of June, 20 19, at Los Angeles, California.

*[signature]*

Attorney for Plaintifff(s)

The above expenditure is ___X___ Approved  _____ Denied

Or, _EFB_

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 7-29-19

*[signature]*
United States ~~District~~ Judge/Magistrate Judge
EFB