UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, JR, <br><br> Plaintiff, <br><br> v. <br><br> M. BOBBALA, et al, <br><br> Defendants. | No. 2:17-cv-002602-KJM-EFB <br><br><br> ORDER |

On March 18, 2020, this court issued a minute order, ECF No. 80, directing plaintiff's appointed counsel, Chijioke Ikonte, to show cause within ten (10) days why this court should not deem as moot the pending Findings and Recommendations, ECF No. 69, in light of the parties' discussions at the January 27, 2020 telephonic status conference, ECF No. 78, and plaintiff's notice of withdrawal of objections to the settlement agreement, ECF No. 79.

As of the date of this order, counsel has not responded. The court, therefore, construes plaintiff's failure to respond as a non-opposition to treating the Findings and Recommendations as moot. Accordingly, the Findings and Recommendations, ECF No. 69, and plaintiff's motions addressed therein, ECF Nos. 57, 59, are MOOT. This matter is closed in its entirety as previously stipulated by the parties. *See* ECF No. 55.

/////

/////

1

IT IS SO ORDERED.

DATED: April 10, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE