UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Larry Giraldes, | No. 2:17-cv-02602 KJM EFB |
| Plaintiff, | ORDER |
| v. | |
| M. Bobbala, et al., | |
| Defendants. | |

The motion to enforce the settlement agreement is denied for lack of subject matter jurisdiction. *See Kokkonen v. Guardian Life Ins. Co of Am.,* 511 U.S. 375, 381 (1994) ("[E]nforcement of the settlement agreement is for state courts, unless there is some independent basis for federal jurisdiction.")

This order resolves ECF No. 82.

IT IS SO ORDERED.

DATED: October 7, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1